**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-70611-WLH |
| THOMAS LITTLE, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**MOTION TO ALLOW COMPROMISE OF CLAIM AND APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL**

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Allow Compromise of Claim and Application for Compensation of Special Counsel ("Motion") pursuant to 11 U.S.C. 329, showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code December 29, 2019 and is eligible for relief under 11 U.S.C. §109.

5.

By Order of this Court dated June 16, 2020, Julia Barbani of Monge & Associates ("Special Counsel") was approved to act as Special Counsel to the Debtor.

6.

Special Counsel has reached a settlement agreement to resolve the Debtor's personal injury claim, in the amount of $9,273.00.

7.

Special Counsel requests a fee totaling $3,709.20.

8.

The debtor and Special Counsel contend that the fee is reasonable under the circumstances of the case including the amount of time and effort put into the matter.

9.

The Debtor proposes to retain $2,078.80 of the proceeds for home repairs and medical and dental expenses.

10.

The balance is due to be disbursed as follows: $150.00 for clerical expenses, $3,335.00 to medical providers.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

_____/s/_____
Kelly Thomas
GA Bar No. 305227
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
kthomas@mattberry.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 19-70611-WLH |
| THOMAS LITTLE, | ) |
| | ) CHAPTER 13 |
| Debtor. | ) |

**NOTICE OF ASSIGNMENT OF HEARING**

    **PLEASE TAKE NOTICE** that the above referenced Debtor has filed a "Motion to Allow Compromise of Claim and Application for Compensation of Special Counsel" ("Motion") and related papers with the Court seeking an order on the Motion.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia, on **October 28, 2020** at **10:20 a.m.**

    Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

**\*\*\*Given the current public health crisis, hearings may be telephonic only.  Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website (www.ganb.uscourts.gov) prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: September 28, 2020                  /s/
                                                       Kelly Thomas
                                                       GA Bar No. 305227
                                                       Attorney for Debtor
                                                       BERRY AND ASSOCIATES
                                                       2751 Buford Hwy, Suite 600
                                                       Atlanta, GA 30324
                                                       (404) 235-3300

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to ensure delivery, addressed to:

Office of US Trustee
75 Ted Turner Dr. SW
Suite 362
Atlanta, GA 30303

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Thomas Little
PO Box 934
Lawrenceville GA 30014

Julia Barbani
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, GA 30350

(Plus to all Creditors on the attached Creditor Mailing Matrix)


This the 28th day of September, 2020.

/s/
Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-70611-wlh<br>Northern District of Georgia<br>Atlanta<br>Mon Sep 28 11:53:32 EDT 2020 | A.F. Title Co. dba American Financial Succes<br>in interest to RAC Asset Holdings, LLC<br>6400 Winchester Rd<br>Memphis, TN 38115-8117 | AFS/AmeriFinancial Solutions, LLC.<br>PO Box 65018<br>Baltimore, MD 21264-5018 |
| American Financial<br>6400 Winchester Rd.<br>Memphis, TN 38115-8117 | Julia Barbani<br>Monge & Associates, P.C.<br>8205 Dunwoody Place<br>Building 19<br>Atlanta, GA 30350-3302 | Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway, NE<br>Atlanta, GA 30324-5457 |
| CNAC<br>12802 Hamilton Crossing Blvd.<br>Carmel, IN 46032-5424 | (p)CNAC AL109<br>925 W KIMBERLY RD<br>DAVENPORT IA 52806-5723 | Caine & Weiner<br>Attn: Bankruptcy<br>5805 Sepulveda Blvd<br>Sherman Oaks, CA 91411-2546 |
| Direct Mgmt, Inc<br>Attn: Bankruptcy Dept<br>4320 Downtowner Loop,  Ste A<br>Mobile, AL 36609-5447 | Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 | Andrew D. Gleason<br>Lefkoff, Rubin, Gleason & Russo, P.C.<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 |
| Thomas Jerry Little<br>1840 Alcovy River Drive<br>Dacula, GA 30019-2672 | Merchants Adjustment Service<br>Attn: Bankruptcy<br>56 North Florida St<br>Mobile, AL 36607-3108 | SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 |
| Security Finance<br>2215 Danville Rd. SW C<br>Decatur, AL 35601-4604 | Security Finance<br>Attn: Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Teresa R. Stephens<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| Kelly D. Thomas<br>Matthew T. Berry and Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CNAC<br>925 W Kimberly Rd<br>Davenport, IA 52806-5032 | (d)Cnac/al109<br>201 Sparkman Drive<br>Huntsville, AL 35810 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)A.F. Title Co. dba American Financial Succ  (u)AF TITLE CO. DBA AMERICAN FINANCIAL

End of Label Matrix
Mailable recipients    19
Bypassed recipients     2
Total                  21